IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HORST ERNST WILHELM,

        Plaintiff,                      No. CIV S-08-0210 FCD GGH

        vs.

SAMUEL M. YOTT, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

        Previously set for March 2, 2009 in this courthouse was plaintiff's deposition as ordered by this court on February 10, 2009. Plaintiff did not appear for deposition. Nor did his counsel appear.

        Plaintiff and his counsel have failed to obey two court orders. Plaintiff and his counsel were previously warned in this court's order of January 13, 2009 that failure to appear at his deposition might result in a recommendation that the case be dismissed. By order of February 10, 2009, plaintiff and his counsel were again warned of the consequences of his failure to appear and oppose discovery motions, and that a failure to appear at the March 2nd deposition would be grounds for contempt.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff and his counsel are ordered to personally appear on March 26, 2009 at

1

10:00 a.m. to show cause in re: contempt for failing to obey this court's orders. Compliance with this order is independent of any motion to dismiss or for sanctions brought by defendant.

2. Plaintiff shall file a declaration by March 19, 2009 providing cause for his failure to appear at his deposition.

DATED: March 26, 2009

   /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Wilhelm0210.osc