T. TROY OTUS (#148411)
STEPHEN A. ROBERTS (#095937)
THE OTUS LAW GROUP
533 Airport Blvd., Suite 505
Burlingame, CA 94010
(650) 548-2100

Attorney for Plaintiff
HORST ERNST WILHELM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORST ERNST WILHELM<br><br>        Plaintiff,<br><br>vs.<br><br>SAMUEL M. YOTT,<br>ET AL<br><br>        Defendants. | Case No. 2:08-CV-00210-FCD-GGH<br><br>ORDER FOR SUBSTITUTION<br>OF ATTORNEY |

    THE COURT AND ALL PARTIES ARE NOTIFIED THAT (Name ): Horst Ernest Wilhelm makes the following substitution:

    1. Former legal representative Attorney John C. Torjesen

    2. New legal representative Attorney T. Troy Otus

      Name: The Otus Law Group   State Bar No: 148411

      Address: 533 Airport Boulevard, suite 505, Burlinga,me, CA 94010

      Telephone No: (6500 548-2100

      Email: p.hansson@otuslaw.com

   3. The party making this substitution is a Plaintiff

1 | 4. I consent to this substitution
2 | Date:
3 |     1/16/09      /s/
    Horst Ernest Wilhelm
    Signature of Plaintiff

4 | 5. I consent to this substitution
5 | Date:
6 |     2/9/09      /s/
    John C. Torjesen
    Signature of Former Attorney

8 | 6. I consent to this substitution
9 | Date:
10 |     3/26/09      /s/
    Troy Otus
    Signature of New Attorney

**IT IS SO ORDERD.**

Dated: March 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE