| | |
|---|---|
| 1 | **JOSEPH D. COOPER #139993**<br>**COOPER & COOPER** |
| 2 | *ATTORNEYS AT LAW*<br>*1080 West Shaw Avenue, Suite 105* |
| 3 | *Fresno, California 93711-3701*<br>*Telephone (559) 442-1650* |
| 4 | *Facsimile (559) 442-1659* |

Attorneys for Defendant
HORST ANTON WILHELM

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORST ERNST WILHELM, | ) | CASE NO. 2:08-CV-00210 FCD GGH |
| Plaintiff, | ) | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING** |
| vs. | ) | |
| SAMUEL M. YOTT, an individual, HORST ANTON WILHELM, an individual, and DOES 1 through 10, inclusive, | ) | Date: July 24, 2009<br>Time: 10:00 a.m.<br>Dept: Courtroom 2 |
| Defendants. | ) | |

# ORDER

It is hereby ordered that Joseph D. Cooper, counsel for Defendant Horst Anton Wilhelm in the above-entitled matter, may appear by phone at the Contempt of Court hearing scheduled to commence at 10:00 a.m. on July 24, 2009, in Courtroom 2.

Dated: July 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE