**JOSEPH D. COOPER #139993**
**COOPER & COOPER**
*ATTORNEYS AT LAW*
*1080 West Shaw Avenue, Suite 105*
*Fresno, California 93711-3701*
*Telephone (559) 442-1650*
*Facsimile (559) 442-1659*

Attorneys for Defendant
HORST ANTON WILHELM

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORST ERNST WILHELM,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMUEL M. YOTT, an individual, HORST ANTON WILHELM, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:08-CV-00210-FCD-GGH<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING**<br><br>Date: August 21, 2009<br>Time: 10:00 a.m.<br>Dept: Courtroom 2 |

# ORDER

It is hereby ordered that Joseph D. Cooper, counsel for Defendant Horst Anton Wilhelm in the above-entitled matter, may appear by phone at the Contempt of Court and Motion to Dismiss or alternatively, Motion to Transfer Venue hearing scheduled to commence at 10:00 a.m. on August 21, 2009, in Courtroom 2. Joseph D. Cooper's phone number is (559) 442-1650.

Dated: August 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE